# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Lemurel E. Williams (xx-xx-1979)<br><br>_Defendant(s)_ | Case No. 20 MJ 204 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 1, 2020__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) | See attached affidavit |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Eric P. Fraser, FBI SA
_Printed name and title_

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: __October 1, 2020__

_Judge's signature_

City and state: __Milwaukee, Wisconsin__

Honorable William E. Duffin
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric P. Fraser, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation since March 2008. I am currently assigned to the North Central High Intensity Drug Trafficking Area ("HIDTA") Office since January 2020. As such, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. I have received training in the investigation of unlawful possession of firearms and possession of firearms by prohibited persons. I have been trained and have arrested individuals for firearms related offenses including unlawful possession of a firearm by a prohibited person, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). I have worked with local, state, and federal law enforcement agents investigating the possession, use, and trafficking of weapons in the Milwaukee area. I have participated in the execution of numerous search warrants in which weapons were seized. I am familiar with the different types and calibers of firearms and ammunition commonly possessed for illegal purposes, and I am professionally trained in the use of firearms.

3. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers, who were directly involved in the matter or have personal knowledge of the facts herein. This affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint against Lemurel E. Williams (DOB: 10/03/1979), for unlawful possession of a

firearm by a prohibited person, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## **PROBABLE CAUSE**

4. I am currently assisting in a criminal investigation into the unlawful possession of a firearm by a prohibited person by Lemurel E. Williams (DOB: 10/03/1979).

5. On August 2, 2020, the Milwaukee Police Department was dispatched to a shooting at the Citgo gas station, located at 4401 West Green Bay Road, Milwaukee, Wisconsin. Responding officers arrived at the location and found an unoccupied 2010 Jaguar XF bearing Wisconsin license plate AJY-5763, parked at the location, along with evidence of a shooting. A registration check showed the Jaguar was registered to Melva A. Echols (DOB: 07/14/1983) at the address of 4188 North 13th Street, Milwaukee, Wisconsin.

6. That same day, Williams walked into Mt. Sinai Hospital, located at 945 North 12th Street, with multiple gunshot wounds. Williams was subsequently transported to Froedtert Hospital, located at 900 North 92nd Street, for his injuries.

7. Williams told officers that he was seated in the driver's seat of the Jaguar, when an unknown subject discharged a firearm into the vehicle striking Williams multiple times. Williams contacted a friend, Charles G. Steward, who drove to the Citgo and took Williams to Mt. Sinai Hospital.

8. Investigators obtained surveillance video from the Citgo gas station, which showed a black Chrysler 200 arrive at the gas station after the shooting. Multiple females exited the Chrysler 200, went to the hood of the Jaguar, removed an unknown item from the engine compartment, and then left the location. I know from training and experience that those who illegally possess firearms often conceal these in traps, such as in the engine compartment.

9. Detective Jasemin Pasho of the Milwaukee Police Department interviewed Williams about the shooting. In November 2019, Williams contacted Detective Pasho using the cell phone number 414-324-1000—the same cell phone number Williams provided during his interview about the shooting. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10. Williams told Detective Pasho that he drives the Jaguar he was shot in, but said the vehicle is registered to his girlfriend Melva Echols. Williams said he purchased the Jaguar on the southside and could not recall the seller's name. Williams stated he believes the seller was a heroin and cocaine dealer. Williams could not provide any explanation for why someone would want to shoot him. Williams denied any knowledge of anything being concealed in the engine compartment.

11. On August 15, 2020, Williams sent Detective Pasho a text message saying, "This was in my car," along with the following photo of a bullet fragment.



12. In that same photo, a black Glock handgun is clearly visible on the lap of the person, along with a pair of white, black, and green men's sneakers. When Detective Pasho asked about the picture, Williams said he took the picture. When Detective Pasho asked about the firearm, Williams said: "I took the picture not holding the gun that's someone that's hads the right to have that."

13. Task Force Officer Michael Lopez of the Drug Enforcement Administration obtained jail calls from inmates of the Wisconsin Department of Corrections to cell phone number 414-324-1000. Task Force Officer Lopez compared William's voice on the jail calls referenced below to

Williams's voice in person during the arrest process, and believes that Williams was the person speaking on the jail calls. Williams later admitted to participating in the jail calls listed below.

14.     Those records show that on August 7, 2020, Williams accepted a phone call from inmate Robert Spencer. During that recorded phone call, Williams explains details about the shooting. Williams also talks about purchasing a Jaguar from the southside. Williams told the caller that the day before the shooting he just stopped riding with "my drake." Williams went on to say: "You know how we get, dog. I just got the drake with me. I'm by myself." I know that "drake" is street terminology for Draco, and that a Draco is an AK-47 style pistol.

15.     On August 7, 2020, Williams accepted a call from inmate Raymond Shaw. During that recorded call, the caller asked if Williams lives close to where Williams was shot. He suggested he did. According to the Wisconsin Department of Transportation, Williams lives at the address 4188 North 13th Street, about a half mile away from the Citgo gas station located at 4401 West Green Bay Road.

16.     On August 10, 2020, Williams accepted a call from inmate Robert Spencer. During the call, the caller instructs Williams to find a person who has a "'carry and concealed' and keep it with him all day." Williams told the caller that "Mel" has it, which I believe refers to Melva Echols having a concealed carry permit. I know that it is common for individuals who are unable to lawfully possess a firearm to instead keep a gun with a concealed carry permit holder to avoid law enforcement efforts. During the call, Williams told the caller he lives at "13th and Olive." I know that Olive Street is the closest street to 4188 North 13th Street.

17.     On August 19, 2020, Williams accepted a call from inmate Robert Spencer. During the call, Williams said he was in a dispute with an individual, and during that dispute Williams pulled out his "Drake."

18. Task Force Officer Lopez searched for Facebook posts involving Lemurel Williams and found Williams tagged in a YouTube video posted on August 24, 2020 to the Facebook page "Chuck Moneyy." The YouTube video shows Charles G. Steward rapping next to a white Dodge Challenger and a white Jaguar, consistent with William's Jaguar. That video was recorded on the driveway behind Williams's residence located at 4188 North 13th Street. Steward is in possession of multiple firearms during the video including a Draco or AK-47 style pistol, and the lyrics in the video refer to "riding with this draco."

19. On September 5, 2020, Williams accepted a call from inmate Robert Spencer. During the call, Williams said he was on 37th Street and spoke with "Mel." Williams told the caller that he had his "10 mm" on him, referring to the caliber of a handgun.

20. In September 2020, agents conducted surveillance of 4188 North 13th Street, and observed a white Jaguar XF, white Dodge Challenger, and black Chrysler 200 parked in the driveway belonging to 4188 North 13th Street on multiple occasions. One time, agents observed the white Jaguar parked on the street. The Jaguar's rear license plate bearing AKE-6134 was visible. A registration check showed the vehicle was registered to Melva Echols.

21. Officer Jose Rivera of the Milwaukee Police Department observed Williams on August 8, 2020 in the front yard of 4188 North 13th Street.

22. On September 29, 2020, the Honorable Maria Dorsey, Court Commissioner of the First Judicial District of Wisconsin, authorized a search warrant for the premises located at 4188 North 13th Street, Milwaukee, Wisconsin.

23. On October 1, 2020, law enforcement officers executed the search warrant and found Lemurel Williams inside the residence. During a search of the residence, officers found the following firearms:

    a. a Mini Draco 7.62x39mm semi-automatic pistol bearing serial number PD-9387-2017 RO was found loaded in the second floor, west bedroom between the mattress and box spring;

    b. a Glock 20 10mm handgun bearing serial number BNNT222 was located inside a black purse in the second floor west bedroom;

    c. a Walther Arms P22 .22 caliber handgun bearing serial number WA278088 was located on a shelf in a converted closet on the second floor.

24. I know that Williams is prohibited from possessing a firearm. On October 23, 2009, Williams was convicted in the United States District Court for the Eastern District of Wisconsin of unlawful possession of a firearm by a prohibited person in Case No. 09-CR-158.

25. On November 5, 2014, Williams was convicted in the United States District Court for the Eastern District of Wisconsin of unlawful possession of a firearm by a prohibited person in Case No. 14-CR-159. I know that Williams is still under supervision for that case.

26. Based on the above information and facts, I submit that there is probable cause to believe that Lemurel E. Williams has violated the laws of the United States, in that he unlawfully possessed a firearm as a prohibited person, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), all in the Eastern District of Wisconsin.

FURTHER YOUR AFFIANT SAYETH NAUGHT